IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

PATRICK Z. MOURRA,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

Case No.  5D22-2933
LT Case No. 2009-CF-3327-A

Decision filed August 8, 2023

3.800 Appeal from the Circuit Court
for Seminole County,
Donna L. Mcintosh, Judge.

Patrick Z. Mourra, Lowell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


MAKAR, KILBANE, and MACIVER, JJ., concur.